In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO.  09-12-00287-CR
_____

CHRISTOPHER GROZE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 356th District Court
Hardin County, Texas
Trial Cause No. 18568

## MEMORANDUM OPINION

Christopher Groze pleaded guilty under a plea agreement to aggravated robbery. The trial court found the evidence substantiated his guilt, but deferred further proceedings and placed him on community supervision for five years. The State subsequently filed a motion to revoke and appellant pleaded "true" to various violations of the community supervision order. The trial court found appellant violated these conditions, adjudicated him guilty of aggravated robbery, and assessed punishment at twenty-two years of confinement. Appellate counsel filed a

1

brief that presents counsel's professional evaluation of the record. Counsel concludes there are no arguable points of error. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). This Court granted an extension of time for appellant to file a *pro se* response. We received no response from the appellant. We have reviewed the appellate record and agree with counsel's conclusion. It is unnecessary to order appointment of new counsel to re-brief the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). The trial court's judgment is affirmed.

AFFIRMED.

_____
DAVID GAULTNEY
Justice

Submitted on March 5, 2013
Opinion Delivered March 27, 2013
Do Not Publish

Before Gaultney, Kreger, and Horton, JJ.